IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

        Plaintiff,                               No. CIV S-07-2671 MCE DAD P

     vs.

JAMES WALKER, et al.,

        Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

        On November 8, 2007, plaintiff commenced this civil rights action in the United States District Court for the Northern District of California by filing a civil rights complaint together with an application for leave to proceed in forma pauperis. On November 29, 2007, the Northern District transferred the case to this court, which has proper venue.

        Upon further review of the court's own records, the court finds that on October 22, 2007, plaintiff filed a civil rights complaint containing similar allegations in the Northern District. On November 9, 2007, the Northern District transferred that case to this district as well. (See Case No. Civ. S-07-2487 LKK DAD P).[1] In both civil rights actions, plaintiff alleges that defendants, members of the Green Wall Gang, have violated his constitutional rights and discriminated against him because of his mental disability. Due to the duplicative nature of the

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

present action, the court will recommend that this complaint be dismissed. To the extent that plaintiff has named defendants in this action who are not named in Case No. Civ. S-07-2487 LKK DAD P, plaintiff will have an opportunity to amend his complaint in that case to include additional defendants and allegations.[2]

    In accordance with the above, IT IS HEREBY RECOMMENDED that:

    1. Plaintiff's December 11, 2007 application to proceed in forma pauperis be denied; and

    2. This action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gree2671.23

---

[2] Plaintiff's complaint in Case No. Civ. S-07-2487 LKK DAD P contains vague and conclusory allegations that fail to allege any specific causal link between the actions of the defendants and the claimed constitutional violations. Accordingly, the court has dismissed plaintiff's complaint with leave to amend. The court refers plaintiff to the order filed in Case No. Civ. S-07-2487 LKK DAD P, which instructs plaintiff regarding the legal standards applicable to the claims it appears he is attempting to assert.